UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MEMC ELECTRONIC MATERIALS, INC., )
                               Plaintiff, )
      v. ) No. 4:08CV535 FRB
SUNLIGHT GROUP, INC., )
                               Defendant. )

**ORDER**

This matter is before the Court on the Verified Motion for Admission Pro Hac Vice of Peter W. Schroth counsel for the defendant Sunlight Group, Inc., in this matter.

**IT IS HEREBY ORDERED** that the Verified Motion for Admission Pro Hac Vice of Peter W. Schroth (filed June 10, 2008/Docket No. 11) is granted.

**IT IS FURTHER ORDERED** that Peter W. Schroth is hereby admitted for the purpose of representing the defendant Sunlight Group, Inc., in this matter.

_/s/ Frederick R. Buckles_
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of June, 2008.